**In the Matter of**:

NORMAN TORRES TORRES
SYLVIA EVELYN MELENDEZ OTERO

Debtor(s)

Case No. 09-09795 ESL

Chapter 13

## MOTION TO AMEND CONFIRMED PLAN

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1.  Plan dated January 26, 2010 was confirmed on January 29, 2010.

2.  In order to include in the plan arrears as per amended secured claim filed by Banco Popular regarding a mortgage that encumbrance debtors' residential real estate, a post confirmation amendment of the plan is necessary.

3.  Plan is sufficiently funded to cover for pre-petition arrears in the amount of $1,568.85 as proposed in the amendment.

    **WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and confirm the post confirmation amended plan dated July 6, 2010.

### NOTICE

*Parties in interest are notified they have twenty (20) days to reject a proposed modification of plan and request a hearing. Absent good cause, untimely rejections shall be denied.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been filed with the Clerk of the Court who notifies the chapter 13 trustee Alejandro Oliveras and all participants in the CM/ECF court's system; **all creditors non participants in the CM/ECF have been served with of copy of this motion and plan as per the Master Address List attached by US regular mail.**

In Vega Baja, Puerto Rico, on this July 6, 2010.

**/s/ Juan O. Calderón Lithgow**
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476

NORMAN RAFAEL TORRES TORRES
191-B CALLE ALAMO
RIO ABAJO, LATROCHA
VEGA BAJA, PR 00693

COOP A/C HOLSUM
CALL BOX 8282
TOA BAJA, PR 00951-8282

SYLVIA ELENA MELENDEZ OTERO
191-B CALLE ALAMO
RIO ABAJO, LATROCHA
VEGA BAJA, PR 00693

COOP A/C HOLSUM
CALL BOX 8282
TOA BAJA, PR 00951-8282

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

COOP A/C MANATI
PO BOX 562
MANATI, PR 00674

BANCO BILBAO VIZCAYA
PO BOX 364745
SAN JUAN, PR 00936-4745

INTERNATIONAL HOME PRODUCTS
GPO BOX 3885
SAN JUAN, PR 00936

BANCO BILBAO VIZCAYA
PO BOX 364745
SAN JUAN, PR 00936-4745

WFNNB/MARIANNES
995 W 122ND AVE
WESTMISTER, CO 80234

BANCO POPULAR PR
GPO BOX 3229
SAN JUAN, PR 00936

BANK OF AMERICA
PO BOX 15102
WILMINGTON, DE 19886-5102

CINGULAR WIRELESS
PO BOX 192830
SAN JUAN, PR 00919-2830

COOP A/C HOLSUM
CALL BOX 8282
TOA BAJA, PR 00951-8282