IN RE: **NORMAN TORRES TORRES**
**SYLVIA EVELYN MELENDEZ OTERO**
191-B Calle Alamo, Rio Abajo, La Trocha, Vega Baja, PR
DEBTOR(S) SSN: XXX-XX-4606  SSN: XXX-XX-1999

BK. CASE # **09-09795**  **ESL**
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. * See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [X] directly  [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[X] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED:
[ ] PRE  [X] POST-CONFIRMATION

[X] AMENDED PLAN DATED: **9/19/2010**
FILED BY [X] DEBTOR  [ ] TRUSTEE  [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 400.00 x 60 = $ 24,000.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
TOTAL = 60   $ 24,000.00

Additional Payments:
$____ to be paid as a LUMP SUM within ____ with proceeds to come from
[ ] Sale of property identified as follows: ___
[ ] Other: ___

Periodic Payments to be made other than and in addition to the above.
$ ___ x ___ = $ ___
To be made on: ___

PROPOSED PLAN BASE: $ 24,000.00

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement:  $ 3,000.00
b. Fees Paid (Pre-Petition): ($ 426.00 )
c. R 2016 Outstanding balance: $ 2,574.00

d. Post Petition Additional Fees: $ ___
e. Total Compensation:  $ 3,000.00
Paid during months # ___ To ___

Signed: /s/ **NORMAN TORRES TORRES**
DEBTOR
/s/ **SYLVIA EVELYN MELENDEZ OTERO**
JOINT DEBTOR
/s/ **JUAN O. CALDERON-LITHGOW**
BY: ATTORNEY

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

A. SECURED CLAIMS: [ ] Debtor represents that there are no secured claims.
[X] Secured creditors will retain their liens and shall be paid as follows:

1. [ ] ADEQUATE PROTECTION Payments: Cr. ___  $ ___

2. [X] Trustee will pay secured ARREARS: (Below, write V for vehicle, M for Mortg, F for furniture & O for Other in box)
   Cr. BPPR [M]  Cr. ___ [ ]  Cr. ___ [ ]
   Acct. 71010011142208   Acct. ___   Acct. ___
   $ 1,568.85   $ ___   $ ___
   Monthly Pymt.$ ___   Monthly Pymt.$ ___   Monthly Pymt.$ ___
   Month# ___ To Month# ___   Month# ___ To Month# ___   Month# ___ To Month# ___

3. [ ] Trustee will pay REGULAR MONTHLY PAYMENTS:
   Cr. ___   Cr. ___   Cr. ___
   Acct. ___   Acct. ___   Acct. ___
   Monthly Pymt.$ ___   Monthly Pymt.$ ___   Monthly Pymt.$ ___

4. [X] Trustee will pay IN FULL Secured Claims:
   Cr. COOP A/C/ HOLSUM   Cr. ___   Cr. ___
   $ 13,944.58   $ ___   $ ___

5. [ ] Trustee will pay VALUE OF COLLATERAL:
   Cr. ___   Cr. ___   Cr. ___
   $ ___   $ ___   $ ___

6. [ ] Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
   Cr. ___   Ins. Co. ___   Premium: $ ___
   (Please indicate in "Other Provisions" the insurance coverage period)

7. [X] Debtor SURRENDERS COLLATERAL TO Lien Holder: SURRENDER OF SHARES TO COOP MANATI & COOP HOLSUM

8. [X] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
BPPR MORTG.

B. PRIORITIES. The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].

C. UNSECURED PREFERRED: Plan [ ] Classifies  [X] Does not Classify Claims.
[ ] Class A- [ ] Co-debtor Claims: [ ] Pay 100% / [ ] 'Pay Ahead".
[ ] Class B- [ ] Other Class: ___
Cr. ___   Cr. ___   Cr. ___
$ ___   $ ___   $ ___

D. GENERAL UNSECURED NOT PREFERRED: (Case Liquidation Value = $ 0.00 )
[ ] Will be paid 100% plus ___ % Legal Interest  [X] Will be paid Pro-Rata from any remaining funds

OTHER PROVISIONS:
DEBTORS HAVE PROVIDED INSURANCE TO VEHICLE FINANCED BY COOP A/C HOLSUM WITH A PREMIUM OF $1,274.00
DEBTORS WILL PAY TO THE PLAN ALL THEIR TAX REFUNDS DURING ITS LENGTH AND IT WILL BE AUTOMATICALLY AMENDED WITH IT.

ATTORNEY FOR DEBTOR~ **Juan O. Calderon-Lithgow**   P.O. Box 1710, Vega Baja, PR 00694   Phone: **787-858-5476**