**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

In the Matter of:

NORMAN TORRES TORRES
SYLVIA EVELYN MELENDEZ OTERO

Debtor(s)

Case No. **09-09795 ESL**

Chapter 13

## MOTION TO MODIFY POST CONFIRMATION PLAN
## AND NOTIFICATION OF MODIFICATION

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. Debtors filed a modified post-confirmation plan (docket 31) to Specify direct payment to secured creditor Banco Popular as requested by the Trustee.

2. This motion is filed in compliance with section 1329 of the Bankruptcy Code in order to explain the nature of the modification made and certify that a copy of the plan was mailed by US regular postal service to all non-participant parties in the CM/ECF notification system. This notification of the plan was performed on the same date of filing.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and confirm modified plan dated September 19, 2010.

### CERTIFICATION

**I HEREBY CERTIFY**, that we filed a copy of this document with the Clerk of the Court which will send notification to the chapter 13 Trustee and all other participants in the CM/ECF system.

Copy of the modified plan was filed on September 19, 2010 and notified by the CM/ECF system to all participants on that same date. Non-participant parties in the CM/ECF were notified by US regular mail on September 19, 2010 as per Master Addres List.

In Vega Baja, Puerto Rico, on this October 25, 2010.

**/s/ Juan O. Calderón Lithgow**
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476