# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: NORMAN RAFAEL TORRES TORRES and SYLVIA ELENA MELENDEZ OTERO
Case Number: 09-09795-ESL13                    Chapter: 13
Date / Time / Room: 10/27/2010 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR: ADA LOPEZ

### Matter:

CONFIRMATION HEARING AMENDED PLAN DATED 9/19/2010 DK 31
TRUSTEE'S UNFAVORABLE RECOMMENDATION DK 34

### Appearances:

ALEJANDRO OLIVERAS RIVERA    R. Rivera
JUAN O CALDERON LITHGOW ✓

### Proceedings:

ORDER:

___ Upon debtor(s)' failure to: ___ oppose; ___ appear at the hearing scheduled for this date; ___ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

___ Debtor shall provide adequate protection to movant by:
___ curing the arrears within ___ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

___ Parties are granted ___ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

___ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

___ Movant's application to withdraw the motion is hereby granted.

X Other: (1) Court defers ruling on confirming plan dated 9.19.2010 (#31) and post confirmation modification request (see dkt. #37), for a period of 10 days. If no opposition an order (PCM) will be entered.

(2) Court orders debtor to refile motion (dkt. #38) to include objection language pursuant to LBR 9013-1(h).

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge