IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NORMAN RAFAEL TORRES TORRES<br><br>SYLVIA ELENA MELENDEZ OTERO<br><br><br>XXX-XX-4606<br><br>XXX-XX-1999<br><br><br>Debtor(s) | CASE NO. 09-09795 ESL<br><br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON 11/29/2010 |

## ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC §1329 to confirm the amended plan dated 09/19/2010 (docket entry # 31). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29 day of November, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    JUAN O CALDERON LITHGOW
    ALEJANDRO OLIVERAS RIVERA