**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:**<br><br>**NORMAN RAFAEL TORRES TORRES**<br>**SYLVIA ELENA MELENDEZ OTERO**<br><br>XXX-XX-4606<br>XXX-XX-1999<br><br>Debtor(s) | CASE NO. 09-09795 ESL<br><br>Chapter 13<br><br><br><br>**FILED & ENTERED ON 06/14/2011** |

**ORDER RESCHEDULING HEARING**

It appearing that access to the Old San Juan Federal Courthouse will be limited on account of the visit by President Barack obama, the hearing on the motion to lift stay filed by Banco popular de P.R. scheduled for June 14, 2011 is hereby rescheduled to July 5, 2011 at 9:00 a.m.

**SO ORDERED.**

**San Juan, Puerto Rico, this 14 day of June, 2011.**

*/s/ Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

**CC:** **DEBTORS**
**JUAN O CALDERON LITHGOW**
**ALEJANDRO OLIVERAS RIVERA**