IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> NORMAN R TORRES TORRES <br> SYLVIA E HERNANDEZ OTERO <br>     Debtors | CASE NO. 09-09795 (ESL) <br><br><br> CHAPTER 13 |
| BANCO POPULAR DE PR <br>     Movant <br><br> Vs. <br><br> NORMAN R TORRES TORRES <br> SYLVIA E HERNANDEZ OTERO <br> ALEJANDRO OLIVERAS RIVERA <br>     Respondents | INDEX: _____ |

**MOTION TO WITHDRAW "MOTION REQUESTING THAT STAY BE LIFTED"**

**TO THE HONORABLE COURT:**

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel, and most respectfully **STATES** and **PRAYS:**

1. On May 18, 2011, appearing party filed "Motion Requesting That Stay Be Lifted".

2. Thereafter debtor reinstated loan.

3. Accordingly, appearing party withdraws its Motion Requesting That Stay Be Lifted.

*WHEREFORE, it is respectfully requested that this motion be noted, for whichever legal purposes, with such further relief as is deem appropriate under the circumstances.*

*I CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Juan O Calderon Lithgow; Mr. Alejandro Oliveras Rivera**; and **Ms. Monsita Lecaroz Arribas.***

*In San Juan, Puerto Rico, this 20th day of May, 2011.*

*S/Wallace Vazquez Sanabria*
*Wallace Vazquez Sanabria-125101*
*17 Mexico St., Suite D-1*
*San Juan, PR 0091 7-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: walvaz@prtc.net*